IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA L. DELANO, | ) Civil Action No. 3:23-cv-00177-KRG |
| Plaintiff, | ) |
| v. | ) Honorable Kim R. Gibson |
| PROGRESSIVE SPECIALTY INSURANCE CO., | ) |
| Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF PLAINTIFFS' COMPLAINT**

The Plaintiff, Virginia Delano, and Defendant, Progressive Specialty Insurance Co., hereby stipulate to the voluntary dismissal and discontinuance of Plaintiff's Complaint and claims, with prejudice, with all parties bearing their own costs, expenses and fees.

ZIMMER KUNZ, PLLC                               BARBERA LAW

/s/ Kerri Shimborske-Abel                       /s/ Vincent J. Barbera
Kerri Shimborske-Abel, Esquire                  Vincent J. Barbera, Esquire
Pa. I.D. 93011                                  Pa. I.D. 34441
132 S. Main Street, Suite 400                   146 West Main Street, P.O. Box 775
Greensburg, PA 15601                            Somerset, PA 15501-0775

IT IS SO ORDERED this 6th day of December, 2023.

_____
J.

02618476.DOCX 6456-3615

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of December, 2023, served a true and correct copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice of Plaintiff's Complaint via E-mail on all counsel of record.

                        ZIMMER KUNZ, PLLC

By:    */s/ Kerri Shimborske-Abel*
        Kerri Shimborske-Abel, Esquire
        Pa. I.D. 93011
        132 South Main Street, Suite 400
        Greensburg, Pennsylvania  15601
        Counsel for Defendants